**Dismissed and Memorandum Opinion filed August 1, 2019**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00441-CV

### ELEAZAR BALLI, Appellant

### V.

### CLUTE POLICE DEPARTMENT, ET AL, Appellees

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 99967-I**

### MEMORANDUM OPINION

This is an attempted appeal from an order signed May 20, 2019. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). Because the order signed by the

trial court on May 20, 2019 does not dispose of all claims of all the parties to the underlying proceeding, it is not a final and appealable judgment and we lack appellate jurisdiction.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Hassan.